

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
Federal Habeas Corpus Section

Writer's Direct Telephone No.
(212) 416-6037

November 9, 2007

**SO ORDERED**

*George B. Daniels*

HON. GEORGE B. DANIELS
NOV 1 4 2007

**BY HAND**
Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Johnson v. New York County,  07 Civ. 7908 (GBD)

Dear Judge Daniels:

I am writing for an extension of time to file the Attorney General's response in this case. Pursuant to Your Honor's Rule 4 order, dated September 12, 2007, respondent's opposition papers are due no later than November 13, 2007.  I currently have several other cases that I am working on, including a Second Circuit brief that is due in December.  Accordingly, I am requesting an extension until January 7, 2009, to file the Attorney General's response.

I thank the Court for its consideration.

Respectfully submitted,

*Alyson J. Gill*
Alyson J. Gill
Assistant Attorney General

cc:    Albert Johnson
       04-A-0193
       Clinton Correctional Facility
       Route 374 Cook Street
       P.O. Box 2001
       Dannemora, New York 12929