USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 03 2008

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
Federal Habeas Corpus Section

Writer's Direct Telephone No.
(212) 416-6037

January 7, 2008

**BY FACSIMILE**
Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
fax number (212) 805-6737

**SO ORDERED**

*George B. Daniels*
HON. GEORGE B. DANIELS
JAN 03 2008

Re: Johnson v. New York County, 07 Civ. 7908 (GBD)

Dear Judge Daniels:

I am writing for a second extension of time to file the Attorney General's response in this case. Your Honor granted my first extension of time, and respondent's papers are currently due by January 7, 2008. I am requesting a second extension of time because I am currently working on a Second Circuit brief that is due by January 21, 2008, and I have another Second Circuit brief that will be due in February. In addition, I have several district court cases that I must file in January and February. Accordingly, I am requesting a second extension until March 14, 2008.

Thank you for your consideration and I apologize for the lateness of this request.

Respectfully submitted,

*Alyson J. Gill*
Alyson J. Gill
Assistant Attorney General

cc:   Albert Johnson
      04-A-0193
      Clinton Correctional Facility
      Route 374 Cook Street
      P.O. Box 2001
      Dannemora, New York 12929