USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-29-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT J. JOHNSON,

                        Petitioner,

        - against -

NEW YORK COUNTY,

                        Respondent.

ORDER

07 Civ. 7908 (GBD) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Albert Johnson has petitioned this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Upon review of the petition, it is hereby

**ORDERED** that the Clerk of Court shall serve copies of this Order and of the petition by certified mail upon the Attorney General of the State of New York and the District Attorney of New York County, and it is further

**ORDERED** that respondent shall file an answer or other pleading to the petition, along with the record on appeal, appellate briefs, and relevant trial and post-conviction records and transcripts, no later than **October 31, 2008.** Petitioner may file any reply papers no later than **November 28, 2008.**

SO ORDERED this 29th day of August 2008
New York, New York

                                                          The Honorable Ronald L. Ellis
                                                          United States Magistrate Judge